THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lillian Sims, Appellant.
 
 
 

Appeal From Anderson County
 Perry M. Buckner, Circuit Court Judge
Unpublished Opinion No. 2009-UP-191
Submitted April 1, 2009  Filed May 5,
 2009    
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Michelle J. Parsons, all of Columbia; and Solicitor Christina
 T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Lillian Sims appeals her conviction for
 homicide by child abuse, arguing the trial court erred by refusing to direct a
 verdict of acquittal.  We
 affirm pursuant to Rule 220(b), SCACR, and the following authority:  State v. Weston,
 367 S.C. 279, 292-93, 625 S.E.2d 641, 648 (2006) (holding if there is any
 direct evidence or any substantial circumstantial evidence reasonably tending
 to prove the guilt of the accused, the appellate court must find the case was
 properly submitted to the jury). 

AFFIRMED.[1]
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.